UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
**FILED**

APR 04 2019

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO. 19 CR 233 |
| v. | § § | |
| PHILIP ANTHONY HOOPER, Defendant | § § § § | Count 1: Theft of Public Money, 18 U.S.C. § 641 |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### Theft of Public Money Greater than $1,000
### (18 U.S.C. § 641)

From in or around March 2016, and continuously through in and around June 2018, within the Southern District of Texas,

**PHILIP ANTHONY HOOPER,**

defendant herein, did steal, purloin, and knowingly convert to his own use and the use of another, money of the United States, namely, approximately $33,377 in monthly Social Security benefits directed to Bernice Hooper, defendant's mother, who passed away in February 2016, which funds defendant was not entitled to receive.

In violation of Title 18, United States Code, Section 641.

### NOTICE OF CRIMINAL FORFEITURE
### (28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C))

Pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C), the United States gives notice to the defendant,

**PHILIP ANTHONY HOOPER,**

1

that in the event of conviction of the offense charged in this Information, the United States intends to seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

### Money Judgment and Substitute Assets

The United States may seek imposition of a money judgment against the defendant. In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant in substitution up to the total value of the property subject to forfeiture.

RYAN K. PATRICK<br>
United States Attorney

By: _____
Benjamin C. Sandel
Special Assistant United States Attorney